

**HASBANI & LIGHT, P.C.**
ATTORNEYS AT LAW

Seth D. Weinberg, Esq.

450 Seventh Ave
Suite 1408
New York, NY 10123
T. 646.490.6677
F. 347.491.4048
sweinberg@hasbanilight.com

August 26, 2019

**VIA ECF**
Hon. Nancy Hersey Lord
U.S. Bankruptcy Court, EDNY
Conrad B. Duberstein Courthouse
271-C Cadman Plaza E – Ste 1595
Brooklyn, NY 11201-1800

      **RE:**   *Mitchell Lane NY LLC v. HSBC Bank USA*
              Ad Proc. No.: 19-01088(NHL)
              **Extension of Time to File Reply to Counterclaims**

Dear Judge Lord,

We represent the Plaintiff, Mitchell Lane NY LLC ("Mitchell Lane" or the "Plaintiff") in the above referenced adversary proceeding. We write to advise the Court that Defendant, HSBC Bank USA ("Defendant") has consented to extend Plaintiff's time to file a Reply to Counterclaims until September 4, 2019.

                                                      Respectfully,

                                                      */s/ Seth D. Weinberg*

*cc:*    **VIA ECF**
        Ras Boriskin, LLC
        Cleo F. Sharaf- Green, Esq.
        *Counsel for Defendant*